UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steven H. Crane,

    Petitioner,

v.

Warden, Madison Correctional Institution, *et al.*,
*Jenny Hildebrand*,

    Respondents.

Case No. 2:24-cv-4170

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

    The Magistrate Judge performed a Rule 4 screen of this petition for a writ of habeas corpus and issued a Report and Recommendation ("R&R"), recommending the Court dismiss the petition. R&R, ECF No. 4. The R&R notified Petitioner of his right to object to that recommendation and of the consequences should he fail to do so. *Id.* at 8.

    Although Petitioner mailed the Court a letter asking for several pages of his prior filings to be re-scanned with a difference in spacing from the prior version, Letter, ECF No. 5, he did not object to the R&R.

    Accordingly, the Court **ADOPTS** the R&R without further review. The Court **DISMISSES** the Petition under Rule 4 of the Rules Governing § 2254 Cases. Further, the Court **DECLINES** to issue a certificate of appealability,

**CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and **DENIES** Petitioner the right to appeal in forma pauperis.

The Clerk shall enter judgment in favor of Respondents and dismiss this case.

**IT IS SO ORDERED.**

_/s/Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**
